IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:16-CR- 3.16-CR-7 CCHR) |
| | : | |
| v. | : | INDICTMENT |
| | : | |
| PAUL LEONARD HODGE, | : | VIOLATION(S): |
| a/k/a, "Bubba," and | : | |
| HEATHER LEIGH WILLIAMS, | : | 21 U.S.C. § 841(a)(1) |
| | : | 21 U.S.C. § 841(b)(1)(B)(viii) |
| Defendants. | : | 18 U.S.C. § 2 |
| | : | 18 U.S.C. § 922(g)(3) |
| | : | 18 U.S.C. § 924(a)(2) |
| | : | 21 U.S.C. § 844(a) |
| | : | |

THE GRAND JURY CHARGES:

## COUNT ONE

### Possession with Intent to Distribute Methamphetamine – 21 U.S.C. § 841(a)(1)

On or about January 21, 2015, in the Athens Division of the Middle District of Georgia, and elsewhere,

### PAUL LEONARD HODGE, a/k/a "Bubba," and
### HEATHER LEIGH WILLIAMS,

defendants herein, knowingly and intentionally possessed with intent to distribute 5 grams or more

of a Schedule II substance, to wit: methamphetamine, and its salts, isomers, and salts of its isomers,

all in violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(B)(viii), and Title

18, United States Code, Section 2.

## COUNT TWO

### Possession of a Firearm by an Illegal Drug User -- 18 U.S.C. § 922(g)(3)

On or about January 21, 2015, in the Athens Division of the Middle District of Georgia, and elsewhere,

### HEATHER LEIGH WILLIAMS,

defendant herein, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: one (1) Smith & Wesson, model 6906, 9mm caliber pistol, Serial Number TFK0242; one (1) Smith & Wesson, model 642 Airweight, .38 caliber revolver, Serial Number CND5334; one (1) Smith & Wesson, model M&P Bodyguard 380, .38 caliber pistol, Serial Number KBN5720; and one (1) ROHM, model RG10, .22 caliber revolver, Serial Number 820040; all in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT THREE

### Possession of Oxycodone -- 21 U.S.C. § 844(a)

On or about January 21, 2015, in the Athens Division of the Middle District of Georgia, and elsewhere,

### HEATHER LEIGH WILLIAMS,

defendant herein, knowingly and intentionally possessed a mixture and substance containing a detectable amount of a Schedule II controlled substance, to wit: oxycodone, all in violation of Title 21, United States Code, Section 844(a).

## COUNT FOUR

### Possession of Hydrocodone – 21 U.S.C. § 844(a)

On or about January 21, 2015, in the Athens Division of the Middle District of Georgia, and elsewhere,

### HEATHER LEIGH WILLIAMS,

defendant herein, knowingly and intentionally possessed a mixture and substance containing a detectable amount of a Schedule II controlled substance, to wit: hydrocodone, all in violation of Title 21, United States Code, Section 844(a).

## COUNT FIVE

### Possession of Phentermine – 21 U.S.C. § 844(a)

On or about January 21, 2015, in the Athens Division of the Middle District of Georgia, and elsewhere,

### HEATHER LEIGH WILLIAMS,

defendant herein, knowingly and intentionally possessed a mixture and substance containing a detectable amount of a Schedule IV controlled substance, to wit: phentermine, all in violation of Title 21, United States Code, Section 844(a).

## COUNT SIX

### Possession of Carisoprodol – 21 U.S.C. § 844(a)

On or about January 21, 2015, in the Athens Division of the Middle District of Georgia, and elsewhere,

### HEATHER LEIGH WILLIAMS,

defendant herein, knowingly and intentionally possessed a mixture and substance containing a detectable amount of a Schedule IV controlled substance, to wit: carisoprodol, all in violation of Title 21, United States Code, Section 844(a).

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

Presented by:

G.F. PETERMAN, III
ACTING UNITED STATES ATTORNEY

PETER D. LEARY
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 12th day of April, AD 2016.

Deputy Clerk