IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | *  CRIMINAL NO.:  3:16-CR-00007-002-CAR | |
| | * | |
| | *  Charges: | 21 U.S.C. §841(a)(1) |
| v. | * | 21 U.S.C. §841(b)(1)(B)(viii) |
| | * | 18 U.S.C. §2 |
| HEATHER LEIGH WILLIAMS, | * | 18 U.S.C. §922(g)(3) |
| | * | 18 U.S.C. §924(a)(2) |
| Defendant. | * | 21 U.S.C. §844(a) |

DEFENDANT'S MOTION FOR CONTINUANCE

HEATHER LEIGH WILLIAMS, Defendant herein, through her undersigned attorney of record, hereby moves the Court for a continuance of the pretrial conference presently scheduled herein for July 26, 2016 and the trial presently scheduled for August 22, 2016, and shows the Court the following:

1.

Defendant is charged, along with a Co-Defendant, with possession with intent to distribute methamphetamine; possession of a firearm; possession of oxycodone; possession of hydrocodone; possession of phentermine; and possession of carisoprodol.  Defendant was arraigned herein on April 28, 2016.

2.

Undersigned counsel has encountered technical difficulties in obtaining all of the discovery in this case and counsel needs additional time to review discovery, to file any necessary motions, and to discuss the case further with the Government.  Additional time is necessary to provide effective representation.

3.

Defendant respectfully moves the Court for an order continuing the pretrial conference and the trial herein.

4.

The Government does not object to the requested continuance.

5.

It is hereby requested that this matter be continued until reached on the next regularly scheduled trial calendar in the Athens Division of this district, and that the Speedy Trial Act deadline for the trial in this matter imposed by 18 U.S.C. § 3161 be extended to the completion of that trial term.

RESPECTFULLY SUBMITTED, this 7th day of July, 2016.

MCARTHUR, MCARTHUR & OVEREND, LLP


By:     /s/ John Jay McArthur
        JOHN JAY MCARTHUR
        Georgia Bar No. 480725
        Attorney for Heather Leigh Williams

P. O. Box 893
Athens, GA 30603
706-353-7736

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.:  3:16-CR-00007-002-CAR |
| | * | |
| | * Charges: | 21 U.S.C. §841(a)(1) |
| v. | * | 21 U.S.C. §841(b)(1)(B)(viii) |
| | * | 18 U.S.C. §2 |
| HEATHER LEIGH WILLIAMS, | * | 18 U.S.C. §922(g)(3) |
| | * | 18 U.S.C. §924(a)(2) |
| Defendant. | * | 21 U.S.C. §844(a) |

CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing Motion for Continuance upon the Government by electronically transmitting a copy thereof to Hon. Peter D. Leary, Assistant United States Attorney, Middle District of Georgia, to  peter.leary@usdoj.gov.

This 7th day of July, 2016.


/s/ John Jay McArthur
JOHN JAY MCARTHUR